October 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BENJAMIN ROBERT  BARRAN, Appellant

NO. 14-15-00359-CR                          V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 10, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Benjamin Robert Barran.

We further order this decision certified below for observance.